IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:16-CR-00052-KJN |
| Plaintiff, | ) ORDER TO CONTINUE STATUS ) HEARING |
| v. | ) ) DATE:  April 27, 2016 |
| SHAHEN TAHMASEBIAN, | ) TIME:  9:00 a.m. ) JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) |

ORDER

It is hereby ordered that the status hearing presently set for April 27, 2016, at 9:00 a.m., be continued to May 11, 2016, at 9:00 a.m.

Dated:  April 5, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE